UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-21789-CIV-MARTINEZ/BECERRA

NORMA CARRERO,

    Plaintiff,

v.

5725 NW 186TH STREET OPERATIONS, LLC,
d/b/a NSPIRE HEALTHCARE MIAMI LAKES

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the Mediation Report, (ECF No. 47), which states that the parties have settled this case in full. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2. If the parties fail to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of April, 2022.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record