UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-21789-CIV-MARTINEZ-BECERRA

**NORMA CARRERO,**

    Plaintiff,

v.

**5725 NW 186TH STREET OPERATIONS, LLC, d/b/a NSPIRE HEALTHCARE MIAMI LAKES,**

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to S.D. Fla. Loc. R. 16.4, the parties hereby provide notice that this matter has been resolved amicably.

| | |
|---|---|
| */s/ Jennie L. Conrad* | */s/ Iris Collins-Cruz* |
| Jennie L. Conrad | Iris Collins-Cruz |
| Florida Bar No.: 92314 | Derek Smith Law Group, PLLC |
| JConrad@mdlegal.net | 701 Brickell Avenue |
| Dias & Associates, P.A. | Suite 1310 |
| 5102 West Laurel Street | Miami, FL 33131 |
| Suite 700 | iris@dereksmithlaw.com |
| Tampa, Florida 33607 | Telephone: (305) 261-7000 |
| Telephone: (813) 769-6280 | Facsimile: (305) 261-0088 |
| Facsimile: (813) 769-6281 | Attorney for Plaintiff |
| Attorney for Defendant | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF, which will send an electronic notice of filing, on this 14th day of April 2022, to the following:

Caroline H. Miller
Iris Collins-Cruz
Derek Smith Law Group, PLLC
Attorneys for Plaintiff
701 Brickell Avenue, Suite 1310
Miami, FL 33131
Caroline@dereksmithlaw.com
Cassie@dereksmithlaw.com
iris@dereksmithlaw.com
danm@dereksmithlaw.com

    Respectfully submitted,

    /s/ Jennie L. Conrad
    Jennie L. Conrad
    Florida Bar No.: 92314
    JConrad@mdlegal.net
    Dias & Associates, P.A.
    5102 West Laurel Street
    Suite 700
    Tampa, Florida 33607
    Telephone: (813) 769-6280
    Facsimile: (813) 769-6281
    Attorney for Defendant