UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  21-21789-CIV-MARTINEZ/BECERRA**

NORMA CARRERO,

      Plaintiff,

v.

5725 SW 186TH STREET OPERATIONS
LLC d/b/a NSPIRE HEALTHCARE MIAMI
LAKES,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Joint Stipulation of Dismissal with Prejudice.  (ECF No. 51).  It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs.  This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18TH day of May, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record